# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
2022 MAY 16 P 3:51

(Full name of plaintiff(s))

MICHAEL GILBERT KALKHOFF

v.

(Full name of defendant(s))

UNITED STATES of AMERICA

Case Number: **22-C-0577**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of ___WISCONSIN___ and resides at
(State)

___P.O. Box 13553___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___UNITED STATES OF AMERICA___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
                                                              (State, if known)
and (if a person) resides at _____
                                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) ON APRIL 14, 2017 I FILED AN EMPLOYMENT DISCRIMINATION CHARGE AT THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. THE COMPLAINANT FILED HIS COMPLAINT TO THE E.E.O.C. LISTING PANERA BREAD CO. AS THE DEFENDENT.

(2) THE PLAINTIFF CONTENDS THAT AFTER 253 DAYS THE APPOINTMENTS CLAUSE WAS RATIFIED MAKING THE "WORK-SHARING AGREEMENT" BETWEEN THE E.E.O.C. AND THE EQUAL RIGHTS DIVISION SUBJECT TO DISMISSAL. ON OR ABOUT DECEMBER 15, 2017 ANY PROCEEDINGS BEFORE, PRESIDED OVER, BY ADMINISTRATIVE LAW JUDGES WERE

FOUND TO BE UNCONSTITUTIONAL. THE PLAINTIFF CONTENDS THAT THE E.E.O.C. APPEARED TO TURN OVER THE DISCRIMINATION TO THE EQUAL RIGHTS DIVISION ANYWAY.

③ THE UNITED STATES, UNDER ARTICLES OF IMPEACHMENT, RATIFIED THE CONTRACT KNOWING ALL TOO WELL THEY WERE IN THE WRONG IN THE FIRST PLACE. THOUGHTS...? WHEN THEY RATIFIED IT THEY MADE IT INTO AN ORDER. WHICH SENT IT BACK TO CONGRESS. CONGRESS CAN THEN VETO IT OR SEND IT INTO THE HOUSE OF REPRESENTATIVES FOR PROCLAMATION OR ORDER STANDING. THIS IS HOW A LAW IS FORMED. THEY HAVE TO VOTE ON IT. ALJ'S WERE FOUND TO BE UNCONSTITUTIONAL.

Complaint – 3

Case 2:22-cv-00577-PP   Filed 05/16/22   Page 3 of 5   Document 1

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

UNDER FEDERAL RULES of CIVIL PROCEDURE RULE 60(b) THE PLAINTIFF IN THE MATTER WISHES TO HAVE A MORE DEFINITE RULING FROM THIS COURT EITHER DENYING OR CONFIRMING THE PLAINTIFFS COMPLAINT.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11__ day of __MAY__ 20__22__.

Respectfully Submitted,

*Michael J. Kalkhoff*
Signature of Plaintiff

__262·282·3452__
Plaintiff's Telephone Number

__KALKHOFFMK@YAHOO.COM__
Plaintiff's Email Address

__P.O. Box 13553__
__WAUWATOSA, WI 53213__
(Mailing Address of Plaintiff)

Michael Kalkhoff
P.O. Box 13553
Wauwatosa, WI 53213

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5